**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 122 MAL 2019
:
Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
EDWARD T. FEIERSTEIN, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.